## RECONSIDERATION OF PRIOR DECISIONS

**2008–1499. State v. Jackson.**
Stark App. No. 2007CA00274, 2008-Ohio-2944. Reported at ___ Ohio St.3d ___, 2010-Ohio-621, ___ N.E.2d ___. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2009–0026. State ex rel. Nickoli v. Erie MetroParks.**
In Mandamus. Reported at 124 Ohio St.3d 449, 2010-Ohio-606, 923 N.E.2d 588. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

Lisa L. Sadler, J., of the Tenth Appellate District, sitting for O'DONNELL, J.

**2009–2041. State v. Sevayega.**
Cuyahoga App. No. 92499, 2009-Ohio-5008. Reported at 124 Ohio St.3d 1492, 2010-Ohio-670, 922 N.E.2d 227. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2009–2141. State ex rel. Sultaana v. Fid. Invests.**
Hamilton App. No. C–090575. Reported at 124 Ohio St.3d 1489, 2010-Ohio-670, 922 N.E.2d 225. On motion for reconsideration. Motion denied.

**2009–2177. State v. Cantey.**
Wayne App. No. 08CA0044, 2009-Ohio-4423. Reported at 124 Ohio St.3d 1493, 2010-Ohio-670, 922 N.E.2d 228. On motion for reconsideration. Motion denied.

**2009–2195. State v. Pettegrew.**
Cuyahoga App. No. 91816, 2009-Ohio-4981. Reported at 124 Ohio St.3d 1493, 2010-Ohio-670, 922 N.E.2d 228. On motion for reconsideration. Motion denied.

O'CONNOR, J., dissents.

**2009–2250. Bozeman v. Cleveland Metro. Hous. Auth.**
Cuyahoga App. No. 92435, 2009-Ohio-5491. Reported at 124 Ohio St.3d 1494, 2010-Ohio-670, 922 N.E.2d 228. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2009–2273. State v. Heft.**
Logan App. No. 8–09–08, 2009-Ohio-5908. Reported at 124 Ohio St.3d 1508, 2010-Ohio-799, 922 N.E.2d 970. On motion for reconsideration. Motion denied.

**2009–2331. State v. Kaeding.**
Hamilton App. No. C–080803. Reported at 124 Ohio St.3d 1509, 2010-Ohio-799, 922 N.E.2d 971. On motion for reconsideration. Motion denied.

**2010–0018. State v. Moore.**
Cuyahoga App. No. 93839. Reported at 124 Ohio St.3d 1510, 2010-Ohio-799, 922 N.E.2d 971. On motion for reconsideration. Motion denied.